UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00167-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. JUSTIN WALKER,

 Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

 A Notice of Disposition was filed in the above matter on June 8, 2010 [#15]. A Change of Plea hearing is set for **Monday, June 14, 2010, at 3:00 p.m.**

 **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

 June 9, 2010