UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00167-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JUSTIN WALKER,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict with the Court's calendar, the Change of Plea hearing set for **Monday, June 14, 2010, at 3:00 p.m. is VACATED and RESET to Tuesday, June 22, 2010 at 1:30 p.m.**

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated: June 11, 2010