UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00167-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JUSTIN WALKER,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Sentencing Hearing in this matter is **RESET** for **Tuesday, November 16, 2010, at 3:00 p.m.**

    November 1, 2010