**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | November 16, 2010 | Probation: | Michelle Means |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Therese Lindblom | | |

Criminal Case No:  **10-cr-00167-WYD**         Counsel:

UNITED STATES OF AMERICA,                David M. Conner

       Plaintiff,

v.

**1.  JUSTIN WALKER**,                         Stephen L. Alonzi

       Defendant.

**SENTENCING**

**3:19 p.m.**    Court in Session - Defendant present (in-custody)

       **Change of Plea Hearing - Tuesday, June 22, 2010, at 1:30 p.m.
       Plea of Guilty - count two of Indictment**

       APPEARANCES OF COUNSEL.

       Court's opening remarks.

3:20 p.m.    Statement on behalf of Defendant (Mr. Alonzi).

3:29 p.m.    Statement on behalf of Government (M. Conner).

3:32 p.m.    Statement by Defendant on his own behalf (Mr. Walker).

       Court makes findings.

**ORDERED:** Defendant's Motion for Departure [doc. #27], filed September 15, 2010, is **DENIED.**

**ORDERED:** Defendant's Motion for a Downward Variance from Advisory Guidelines Range Sentence [doc. #28], filed September 15, 2010, is **DENIED.**

**ORDERED:** Defendant be **imprisoned** for **32** months.

**Court RECOMMENDS that the Bureau of Prisons place the defendant at an appropriate facility with the most extensive drug treatment program.**

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:** **Conditions** of **Supervised Release** are:

(X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X) Defendant shall not commit another federal, state or local crime.

(X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X) Defendant shall comply with standard conditions adopted by the Court.

(X) Defendant shall not unlawfully possess a controlled substance.

(X) The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

(X) The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:** **Special Condition(s)** of **Supervised Release** are:

(X) Defendant shall participate in and successfully complete a program of testing and treatment for drug abuse as directed by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by probation.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be

|  |  |
|---|---|
|  | paid immediately. |
| **ORDERED:** | **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision. |
| **ORDERED:** | Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis. |
| **ORDERED:** | Government's Motion to Dismiss Counts [doc. #38], filed November 16, 2010, is **GRANTED.** |
|  | Order is **APPROVED BY THE COURT.** |
| **ORDERED:** | Defendant is **REMANDED** to the custody of the U.S. Marshal. |
| **3:44 p.m.** | Court in Recess - HEARING CONCLUDED |

**TOTAL TIME:   :25**