IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00167-WYD-01

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  JUSTIN WALKER,

        Defendant.

## ORDER

THIS MATTER coming before the Court upon motion of the government to dismiss Counts 1, 3 and 4 of the Indictment in the above-entitled case, and the Court having considered the same, it is hereby

ORDERED that Government's Motion to Dismiss [doc. #38], filed November 16, 2010, is **GRANTED.**  It is further

ORDERED that Counts 1, 3 and 4 of the Indictment in the above-captioned case are dismissed.

Dated this 16th day of November, 2010.

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    WILEY Y. DANIEL,
                                    CHIEF UNITED STATES DISTRICT JUDGE